1

2

3                                                                    **\*E-FILED\***
                                                                     **June 9, 2005**
4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

**United States District Court**
For the Northern District of California

11   NETWORK APPLIANCE, INC.,                        No. C 02-01400 RS

12
                 Plaintiff,
13
         v.                                          ORDER CONTINUING CASE
14                                                   MANAGEMENT CONFERENCE
     ASPEDIENT TECHNOLOGIES, INC.,
15
                 Defendant.
16   _____/

17         Good cause appearing therefor,

18         IT IS HEREBY ORDERED that the case management conference currently set for July 13, 2005

19   at 2:30 p.m. is continued to **January 11, 2006 at 2:30 p.m.** Plaintiff shall file a Case Management

20   Statement no later than January 4, 2006.

21   Dated:  June 9, 2005

22

23                                                   /s/ Richard Seeborg
                                                     RICHARD SEEBORG
24                                                   United States Magistrate Judge

25

26

27

28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

David L. Cooper, Esq.
Email:  dcooper@bbslaw.com

Lawrence M. Schwab, Esq.
Email:    lschwab@bbslaw.com

**Counsel for Defendant(s)**

David Saenz, Esq.
Email:  saend@perkinscoie.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  June 9, 2005

 /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**

For the Northern District of California

2