**\*E-FILED\***
**January 4, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETWORK APPLIANCE, INC.,

    Plaintiff,

v.

ASPEDIENT TECHNOLOGIES, INC.,

    Defendant.

No. C 02-01400 RS

**ORDER CLOSING FILE IN VIEW OF BANKRUPTCY STAY**

This action has been stayed by defendant's bankruptcy proceedings. Therefore, the case is hereby closed. It may be reopened on application by any party showing that the bankruptcy stay has been lifted. The clerk is directed to close the file.

IT IS SO ORDERED.

Dated: January 4, 2006

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

David L. Cooper, Esq.
Email:  dcooper@bbslaw.com

Lawrence M. Schwab, Esq.
Email:   lschwab@bbslaw.com

**Counsel for Defendant(s)**

David Saenz, Esq.
Email:   saend@perkinscoie.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 4, 2006

                 /s/ BAK
                 Chambers of Magistrate Judge Richard Seeborg